# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

| | |
|---|---|
| JULIUS ALEXANDER KERSEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW M. SAUL, Commissioner of Social ) <br> Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 7:18-CV-130-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 19]. The court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 13], DENIES defendant's motion for judgment on the pleadings [D.E. 15], and REMANDS the action to the Commissioner pursuant to 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on June 20, 2019, and Copies To:**

| | |
|---|---|
| Christa A. McGill | (via CM/ECF electronic notification) |
| Keeya M. Jeffrey | (via CM/ECF electronic notification) |

DATE:  
June 20, 2019

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk